IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-02463-WDM-BNB

ZUKE'S LLC,

    Plaintiff,

v.

BLUE BUFFALO COMPANY, LTD.,

    Defendant.

---

## NOTICE OF DISMISSAL OF CLAIMS
## BETWEEN ZUKE'S LLC AND BLUE BUFFALO COMPANY, LTD ONLY

---

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, Zuke's LLC's claims against Blue Buffalo Company, LTD. and Blue Buffalo Company LTD.'s counterclaims as to Zuke's LLC are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 24, 2011.

                                                      BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States Senior District Judge

PDF FINAL