IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02463-WDM-BNB

ZUKE'S LLC,

Plaintiff,

v.

BLUE BUFFALO COMPANY, LTD.,

Defendant and Third-Party Plaintiff,

v.

ARTHUR DOGSWELL, LLC,

Third-Party Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 37, filed May 23, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
 The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 29, 2011**;

 The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 29, 2011**;

Discovery Cut-off: **September 30, 2011;**
Dispositive Motion Deadline: **October 28, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 20, 2011, is **vacated and reset to December 16, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor,

Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 9, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  May 24, 2011