IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 10-cv-02463-WDM-BNB

ZUKE'S LLC,

    Plaintiff,

v.

BLUE BUFFALO COMPANY, LTD.,

    Defendant and Cross Defendant, Third-party Plaintiff,

and

ARTHUR DOGSWELL, LLC

    Third-party Defendant, Cross Claimant.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

    This matter is before me on the Stipulation of Dismissal with Prejudice (ECF No. 49), notifying me that all third party claims and crossclaims asserted in this case are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, I take judicial notice that the third-party claims and crossclaims asserted between Blue Buffalo Company, Ltd., and Arthur Dogswell, LLC, are dismissed with prejudice, each party to

pay his, her, or its own attorneys' fees and costs.  This disposes of all the claims asserted in this matter and the case is therefore concluded.

DATED at Denver, Colorado, on July 25, 2011.

                                                              BY THE COURT:

                                                   s/ Walker D. Miller
                                                      United States Senior District Judge

PDF FINAL 2